No. 5232.—Herminio Madera & Hno., Inc., aplte., v. Díaz,

Sucn., et al., apldos.—C. D. Humacao. Marzo 18, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

No habiéndosenos demostrado que la apelación sea claramente frívola en cuanto a una de las pólizas de seguro embargadas, no ha lugar a desestimar esta apelación.